**FILED: 10-17-2012**

JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Arnold Salivio, et. al,* | CASE NO. CV 12-2487-GHK (JEMx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *Bottomline Mortgage, Inc., et. al,* | |
| Defendants. | |

Pursuant to the Court's September 11, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs Arnold Salivio and Cecilia Salivio's ("Plaintiffs") claims against Defendants (1) Ticor Title Co.; (2) Bank of America, N.A.; (3) Countrywide Home Loans Servicing LP.; (4) Countrywide Home Loans PSA; (5) CWALT, Inc.; (6) The Bank of New York; (7) Alternative Loan Trust 2005-51; (8) ReconTrust Company; and (9) Shannon Steeg are **DISMISSED with prejudice.** Pursuant to our October 17, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs' claims against Defendants Bottomline Mortgage, Inc. and Malik Basurto are **DISMISSED without prejudice.**

**IT IS SO ORDERED**.

DATED: October 17, 2012

_____
GEORGE H. KING
Chief United States District Judge